IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


LUIS HIRAM ORTIZ-CAMERON                                            PETITIONER

VS.                                          CIVIL ACTION NO. 5:05cv10DCB-JCS

CONSTANCE REESE, WARDEN                                           RESPONDENT

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the

Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that the petition is denied and the instant civil action is

dismissed with prejudice.

This the 31st day of August, 2006.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE